Attorneys for Defendant JOHN F. KELLY,
Secretary, U.S. Department of Homeland Security

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MADELINE S. VAN WAGENEN,<br><br>Plaintiff,<br><br>v.<br><br>JOHN F. KELLY, in his official capacity as Secretary, Department of Homeland Security,<br><br>Defendant. | No. SACV 15-00344 CJC (DFMx)<br><br>**JUDGMENT**<br><br>Date: September 11, 2017<br>Time: 1:30 p.m.<br>Place: United States Courthouse<br>      411 West Fourth Street<br>      Courtroom 9B<br><br>Honorable Cormac J. Carney<br>United States District Judge |

Having considered the Motion for Summary Judgment, Or In the Alternative, Summary Adjudication ("Motion") of John F. Kelly, sued in his official capacity as Secretary, United States Department of Homeland Security ("Defendant"), the pleadings, and evidence and oral argument presented in support of, and in opposition to, the Motion, and in accordance with the Statement of Uncontroverted Facts and Conclusions of Law entered herein,

IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment is granted in its entirety and judgment is hereby entered in favor of Defendant.

IT IS SO ORDERED.

Dated: November 3, 2017

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE